

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    Carolyn Stone v. Harris County, Texas; John R. Blount in his official capacity for Harris County, Texas; City of Houston, Texas; and Margaret Wallace Brown in her official capacity for the City of Houston, Texas

Appellate case number:    01-21-00384-CV

Trial court case number:    2020-09693

Trial court:           234th District Court of Harris County

Appellant Carolyn Stone filed a notice of appeal of the trial court's summary judgment order signed on June 17, 2021. The clerk's record filed in this Court includes her "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." The clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's declaration was filed. *See* TEX. R. CIV. P. 145(f). In addition, appellant filed in this Court a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond." After consideration of documents filed in this proceeding, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

It is so ORDERED.

Judge's signature:    <u>/s/ Veronica Rivas-Molloy</u>
                        Acting individually

Date:  <u>August 19, 2021</u>